IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHNSTOWN WELDING & FABRICATION, :
 INC.
84 Iron Street                                          :
Johnstown, Pennsylvania 15901
                                                              :
            Plaintiff
                                                              :            S02 CV 1927
v.
                                                              :
SALISBURY STEEL PRODUCTS, INC.
909 Boundary Street                              :
Salisbury, Maryland 21801
                                                              :
            Defendant
                                                              :

ORDER DIRECTING SUBSTITUTION OF COPY OF
COMMERCIAL PROMISSORY NOTE FOR THE ORIGINAL

The court having read and considered plaintiff's Motion to Substitute Copy of Promissory Note For Original, it is this 7th day of June, 2002, ORDERED that plaintiff is given leave to substitute a copy of the Commercial Promissory Note of Salisbury Steel Products, Inc. dated October 15, 2001 for the original filed in these proceedings.

                                                                              _____
                                                                              United States ~~District~~ Judge
                                                                                       Mag.

