IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHNSTOWN WELDING & FABRICATION, :
INC.
84 Iron Street                                          :
Johnstown, Pennsylvania 15901
                                                        :
        Plaintiff
                                                        :
v.
                                                        :
SALISBURY STEEL PRODUCTS, INC.
909 Boundary Street                                     :
Salisbury, Maryland 21801
                                                        :
        Defendant
                                                        :

S02CV1927

____FILED  ____ENTERED
____LOGGED ____RECEIVED

JUN 10 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY

## ORDER DIRECTING ENTRY OF JUDGMENT

The court having reviewed the Complaint for Confessed Judgment, Commercial Promissory Note, and Affidavit of William Polacek; and

The court finding that the aforesaid papers prima facie establish (1) a voluntary, knowing and intelligent wavier by the defendant, Salisbury Steel Products, Inc. of the right to notice and a prejudgment hearing on the merits of the claim of the plaintiff, Johnstown Welding & Fabrication, Inc., for liquidated damages and (2) a meritorious claim of the plaintiff, Johnstown Welding & Fabrication, Inc., for liquidated damages against the defendant, Salisbury Steel Products, Inc.,

It is, this ___7th___ day of June, 2002, ORDERED that judgment be entered in favor of Johnstown Welding & Fabrication, Inc. against Salisbury Steel Products, Inc. for $176,313.02.

                                        _____
                                        United States ~~District~~ Judge
                                          Mag.


