IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHNSTOWN WELDING & FABRICATION,   :
 INC.
84 Iron Street                               :
Johnstown, Pennsylvania 15901

       Plaintiff

                                    :
v.

SALISBURY STEEL PRODUCTS, INC.        :
909 Boundary Street
Salisbury, Maryland 21801                    :

       Defendant

                                  :

S02CV1927

FILED _____ ENTERED
LOGGED _____ RECEIVED

JUN 10 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## JUDGMENT

It is, this _7th_ day of June, 2002 ORDERED, ADJUDGED AND DECREED that the

plaintiff, Johnstown Welding & Fabrication, Inc. recover of the defendant, Salisbury Steel Products,

Inc., the sum of One Hundred Seventy Six Thousand Three Hundred and Thirteen Dollars and Two

Cents ($176,313.02), and costs.

_James K. Bredar_
U.S. Magistrate Judge