IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUN 3 2003

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY

| | | |
|---|---|---|
| JOHNSTOWN WELDING & FABRICATION, INC. | * | CIVIL NO. S-02-1927 |
| | * | |
| | * | |
| vs. | * | |
| SALISBURY STEEL PRODUCTS, INC. 909 Boundary Street Salisbury, MD 21801    Defendant/Judgment Debtor | * | |
| | * | |
| and | * | |
| THE BANK OF DELMARVA 12 State Street Delmar, MD 21875    Garnishee | * | |

*    *    *    *    *    *    *    *    *    *    *

ANSWER OF GARNISHEE


The Bank of Delmarva, Garnishee, by Cullen, Insley, Hanson & Benson, LLP, its attorneys, in answer to the Writ of Garnishment served upon it on May 9, 2003, states that at the time of the laying of said Writ in the hands of The Bank of Delmarva, it had in its hands, subject to said garnishment, the following money, property, goods, chattels, or credits of, or belonging to, Salisbury Steel Products, Inc:

> Commercial Checking Account No.: 1603612 - $521.23, in the name of Salisbury Steel Products, Inc., as of May 9, 2003, the date upon which the attachment herein was served.

CULLEN, INSLEY,
HANSON & BENSON, LLP
132 E. MAIN ST.
SALISBURY, MD. 21801

CULLEN, INSLEY, HANSON & BENSON, LLP          THE BANK OF DELMARVA

JUN - 3 2003

CLERK U.S. ...
DISTRICT OF MARY...

BY

By: _____          By: _____
Wade H. Insley, III                          Jodi Beal
132 East Main Street                         Senior Vice President/CFO
Salisbury, MD  21801                         12 State Street
(410) 749-1201                               Delmar, MD 21875
Attorney for Garnishee


## AFFIDAVIT

STATE OF MARYLAND, WICOMICO COUNTY, TO WIT:

I HEREBY CERTIFY that on this _23rd_ day of _May_____, 2003, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared Jodi Beal, Senior Vice President/CFO of The Bank of Delmarva, and acknowledged the foregoing Answer of Garnishee to be the act and deed of said body corporate and that she had authority to make this Affidavit.

AS WITNESS my hand and Notarial Seal.

_____
Ruth E. See
Notary Public

My Commission Expires: _8 - 01 - 05_


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this _30th_ day of _May_____, 2003, a copy of the foregoing Answer of Garnishee was mailed by first class mail, postage prepaid, unto W. Michael Pierson, Esquire, Suite 1420, 201 E. Baltimore Street, Baltimore, Maryland  21202.

_____
Wade H. Insley, III

Wpdocs: Garnishment/assets/USDistrict Court/Dist of MD/SalisSteel/2

LAW OFFICES
CULLEN, INSLEY,
HANSON & BENSON, LLP
132 E. MAIN ST.
SALISBURY, MD. 21801