IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHNSTOWN WELDING & FABRICATION, INC. | * |
| Plaintiff | * |
| vs. | * |
| SALISBURY STEEL PRODUCTS, INC. | *   CASE NO. S02-1927 |
| | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### GARNISHEE'S PLEA OF NULLA BONA

NOW comes Bank of America, N.A. (formerly NationsBank, N.A.), Garnishee, by its Attorney, and for a plea says:

That at the time of laying said attachment in its hands, it had not nor at any time since has it had, nor does it now have any of the goods, chattels, credits or assets of the Defendant, and this the Garnishee is ready to verify; wherefore, it prays judgment.

```
                                    _____
                                    Tessa Laspia Frederick
                                    Federal Bar #25374
                                    Brian D. Craig
                                    Federal Bar #25710
                                    Miles & Stockbridge P.C.
                                    10 Light Street, 12th Floor
                                    Baltimore, Maryland 21202
                                    Attorneys for Garnishee
                                    (410) 385-3477
```

USPLEA2.NB

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this _____ day of _____, 2004 a copy of the Plea of Nulla Bona was mailed first class, postage prepaid to:

    W. Michel Pierson
    Suite 1420, 201 East Baltimore Street
    Baltimore, Maryland  21202
    Attorney for the Plaintiff


                                                            _____
                                                            Attorney for Garnishee